B6B (Official Form 6B) (12/07)

.

In re    **Bernhard Keppler**                             Case No. __**15-51002**__

                                             Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

     **Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | | **Cash on hand** | - | **75.00** |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account #xxxx1490** **Westport National Bank** **1495 Post Road** **Westport, CT  06881** | - | **46.25** |
| | | **Checking account #xxx1006** **Volksbank Filder** **Schlossplatz 13** **Neuhausen, Germany 70771** **(account only holds Debtor's German Social Security payments)** **(4,075 Euro balance translated at 1 Euro = $1.08 USD)** **(valued on July 14, 2015)** | - | **4,401.00** |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **Kitchen (stove, oven, microwave, dishwasher, refrigerator, other appliances, cookware, utensils, flatware, dishes, furniture, washer, dryer, vacuum cleaner) no single item worth more than $575; 100% FMV** **Location: 14 Beachside Common, Westport CT 06880** | - | **2,300.00** |
| | | **Living Room/Family Room/Den (television, 3 sofas, 1 table, 6 chairs, 4 lamps, 2 rugs, accent table) no single item worth more than $575; 100% FMV** **Location: 14 Beachside Common, Westport CT 06880** | - | **1,730.00** |
| | | **Dining Room (table & chairs, buffet sideboard, china & glassware, flatware, lamps, rug, mirror) no single item worth more than $575; 100% FMV** **Location: 14 Beachside Common, Westport CT 06880** | - | **2,000.00** |

                                              Sub-Total >      **10,552.25**
                                              (Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Bernhard Keppler**   ,    Case No.   **15-51002**

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Bedrooms (3 beds & bedding, 1 bureau/dresser/armoire, 5 nightstands, 1 desk, 1 computer, 5 lamps, rug, mirror) no single item worth more than $575; 100% FMV**<br>**Location: 14 Beachside Common, Westport CT 06880** | - | **1,840.00** |
| | | **Utility Room (tools, grill, lawn furniture) no single item worth more than $575; 100% FMV**<br>**Location: 14 Beachside Common, Westport CT 06880** | - | **550.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous books, art, CDs, tapes, DVDs**<br>**Location: 14 Beachside Common, Westport CT 06880** | - | **700.00** |
| 6. Wearing apparel. | | **Men's clothing consisting of suits, slacks, jackets, shirts, shorts, jeans, belts, shoes, ties, t-shirts, robes, coats, and undergarments**<br>**Location: 14 Beachside Common, Westport CT 06880** | - | **450.00** |
| 7. Furs and jewelry. | | **Wedding band, watch**<br>**Location: 14 Beachside Common, Westport CT 06880** | - | **520.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Sporting goods, bicycle**<br>**Location: 14 Beachside Common, Westport CT 06880** | - | **700.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Sub-Total >    **4,760.00**
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Bernhard Keppler**                                                                  ,   Case No. ___**15-51002**_____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Debtor owns 90% of the common stock of NLP International Corporation ("NLP"), a "C" corporation formed for the sole purpose of marketing and enhancing MedLEE, a natural language processing software for healthcare providers, pursuant to an exclusive worldwide license acquired from Columbia University. Due to a dispute with Columbia and the loss of company property, NLP ceased operations in 2011. NLP filed for bankruptcy protection on May 19, 2015 (Case # 15-50677).** | - | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Earned, but unpaid, self employment compensation** | - | **3,000.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential lawsuit against former consultant for NLP for overpayment of approximately $33,300 in commissions, misappropriation of corporate physical and intellectual property, tortious interference with contract, tortious interference with prospective business relations, intentional infliction of emotional distress.** | - | **Unknown** |

Sub-Total >     **3,000.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Bernhard Keppler**                                                              ,     Case No. ___**15-51002**_____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Sony Vaio laptop computer 8 yrs old Location: 14 Beachside Common, Westport CT 06880** | **-** | **50.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | ```******* PROPERTY ADDED *****``` | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Apple iPad Model MC497LL with serial number VS026AL7LL containing MedLEE source code, trade secrets, know how, confidential and proprietary information and business contacts** | **-** | **Unknown** |

|  | |
|---|---|
| Sub-Total > (Total of this page) | **50.00** |
| Total > | **18,362.25** |

Sheet __**3**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## District of Connecticut

In re  **Bernhard Keppler**

Debtor(s)

Case No.  **15-51002**

Chapter  **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **24**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **November  1, 2015**

Signature **/s/ Bernhard Keppler**

**Bernhard Keppler**

Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy